**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT – EASTERN DIVISION**

DESMOND SELLERS,
    Plaintiff,

v.

EXPERIAN INFORMATON SOLUTIONS, INC.,
MIDLAND CREDIT MANAGEMENT, et al.,
    Defendants.

Case No. 10-cv-03448

Judge Rebecca Pallmeyer

**STIPULATON OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**
**EXPERIAN INFORMATION SOLUTION, INC., AND MIDLAND CREDIT MANAGEMENT**

Plaintiff Desmond Sellers, by his own counsel, and Defendants, Experian Information Solutions, Inc. (Experian), and Midland Credit Management (MCM), by their own counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's causes of action against Experian and MCM should be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

    s/ James R. Rowe
James R. Rowe
The Law Firm of Rowe & Associates
100 North LaSalle St., Suite 1010
Chicago, Illinois 60602
312/345-1357
*Attorney for the Plaintiff*

    s/ Courtney E. Silver
Courtney E. Silver
Jones Day
*77 West Wacker*
*Chicago, Illinois 60601-1692*
312/269-1581
*Attorney for the Defendant, Experian Information*
*Solutions, Inc.*

1

   s/ Raechelle Delarmente Norman
Raechelle Delarmente Norman
Grady Pilgrim Christakis Bell LLP
53 West Jackson Boulevard
Suite 1515
Chicago, Illinois 60604
312/939-0953
*Attorney for the Defendant, Midland Credit Management*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **STIPULATON OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN INFORMATION SOLUTION, INC., AND MIDLAND CREDIT MANAGEMENT** has been filed electronically on the 22nd day of September, 2010. Notice of this filing will be sent to all parties to this proceeding by operation of the Court's electronic filing system.

                                                        s/ James R. Rowe
                                        James R. Rowe
                                        The Law Firm of Rowe & Associates
                                        100 North LaSalle St., Suite 1010
                                        Chicago, Illinois 60602
                                        312/345-1357
                                        *Attorney for the Plaintiff*